**Order entered June 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00505-CV

### THOMAS P. SETARO, JR., Appellant

### V.

### NICOLE BROOKMAN, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-15-01095-E**

## ORDER

This is an accelerated appeal from a temporary injunction. Appellant has filed his brief, and appellee's brief is currently due June 11, 2015. By motion filed June 8, 2015, appellee informs the Court that, after the appeal was perfected, both parties filed with the trial court motions to modify the injunction, and a hearing on the motions is scheduled for June 26, 2015. Asserting the trial court's ruling may impact this Court's consideration and disposition of the appeal, appellee seeks abatement of the appeal or, alternatively, an extension of time to file her brief. We **GRANT** appellee's motion to the extent we **ORDER** her brief be filed no later than July 10, 2015.

/s/     CRAIG STODDART
        JUSTICE